UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: SATYAM COMPUTER SERVICES, LTD., SECURITIES LITIGATION

09 Md. 2027 (JPO)
(Consolidated Action)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 25 2013

J. PAUL OETKEN, District Judge:

Several motions in this case have been rendered moot by subsequent actions which have yielded a proposed distribution plan (09 Md. 2027, Dkt. No. 396). Accordingly, the motions at the following docket entries for 09 Md. 2027 are denied as moot: 302, 304, 307, 312, and 315. The Clerk of the Court is directed to terminate the motions enumerated above.

SO ORDERED.

Dated: New York, New York
September 23, 2013

J. PAUL OETKEN
United States District Judge