USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 2/4/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE: SATYAM COMPUTER SERVICES, LTD., SECURITIES LITIGATION

-------------------------------------------------------------X

09 MD 2027 (JPO)
(Consolidated Action)

ORDER

J. PAUL OETKEN, District Judge:

All claims in this consolidated MDL action have been settled or otherwise dismissed. Accordingly, the Clerk of the Court is directed to close this MDL action and all member cases.

SO ORDERED.

Dated: New York, New York
February 4, 2014

J. PAUL OETKEN
United States District Judge